[Nos. 12056–9–II; 12295–2–II.   Division Two.   July 11, 1990.]

PATRICK BIGGS, *Appellant,* v. DAVID B. VAIL,
*Respondent.*

Appeals from judgments of the Superior Court for Pierce
County, No. 87–2–00376–6, E. Albert Morrison, J., entered
June 9 and August 26, 1988. *Affirmed* by unpublished

opinion per Reed, J., concurred in by Petrich, J., Alexander, C.J., dissenting.